**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RANDY E. WILLIAMS                                                                                          PLAINTIFF
ADC #123346

V.                                              NO: 5:13CV00023 SWW

MARK GOBER *et al.*                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice with respect to Plaintiff's excessive force and denial of adequate medical care claims against Defendants Steve Hood, Steven Stain, Susan Potts, Courtney Forest, and Troy Harper, and without prejudice in all other respects; the relief sought is denied.  The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 25th day of March, 2014.

*/s/Susan Webber Wright*

UNITED STATES DISTRICT JUDGE